UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTAR MARKETING GROUP, LLC,

                      Plaintiff,

-v-

53 ROMANTIC HOUSE STORE, 365 PURCHASE STORE, AFUFU STORE, AGE OF LIFE STORE, ALI-BESTMATCH STORE, BB HOM SOF STORE, BOOMS LIFE HALL STORE, CONCISESTYLE STORE, CUISHIP STORE, DECOREST STORE, DIY LIVING STORE, DROPSHIPPING 2 STORE, EVERYDAY NEED STORE, EZ-LIFE STORE, FAITHTUR LIFE STORE, FESTIVE & PARTY STORE, FIGHTING 123 STORE, FNICEL CUSTOMIZE TOOLS STORE, FNICEL OFFICIAL STORE, FORBEAUTY123 STORE, GLKJ GREEN H-O-M-E STORE, GLOBAL DROPSHIPPING A STORE, GLOWINGHOME STORE, GOOD LUCK HOUSE STORE, GRIEF GROCERY STORE, HARVEST&HOUSE STORE, HOMELIKE DROPSHIPPING STORE, HOUSE 123 STORE, INHOME DROPSHIPPING STORE, JX FITTING STORE, JX LIFESTYLE STORE, KK HOME-GROCERY STORE, LIFE LEISURE STATION STORE, LIVING FUNNY STORE, MIFI STORE, MINIDO STORE, MIRABELLE GIRL STORE, MONDAY HOUSE STORE, MY COZY STORE, NATSUME STORE, NINGBO BOYEE CLEANING PRODUCTS CO., LTD., NINGBO EAST CLEANING TOOL CO., LTD., NINGBO TOREY IMP. & EXP. CO., LTD., NINGBO Z.K.L.S. IMP. & EXP. CO., LT, NINGHAI HOOYAN TRADE CO., LTD., OK STORAGE STORE, OLD STREET STORE, POETRY&DEW STORE, QUALITY TOOLS DIRECT OUTLET STORE, QUANZHOU BUJIMI NETWORK TECHNOLOGY CO., LTD., RAINBOWHOMEKITS STORE, SHENZHEN SUNXIANGBAO ELECTRONIC CO., LTD., SHOP5018116 STORE, SHOP5051188 STORE, SHOP5432185 STORE, SHOP5564190 STORE, SHOP910327247 STORE, SINCERELY FOR YOUR HOME, STILL COMFORTABLE LIFE STORE, STILL FORTUNE HOUSE STORE, STOUGE OFFICIAL STORE, SURPRISE PARTY DECOR STORE, TEUMI, THINKING LIFE STORE, TRITREE STORE, WEDNES DAY STORE, WELCOME-HOME STORE, WE-SHOPPING STORE,

20 Civ. 9072 (PAE)

ORDER

WONDERFULLHOUSE STORE, WONDERHOT STORE, WORLD HOUSE STORE, YAYA SWEETLIFE STORE, YIWU DINGYI E-COMMERCE CO., LTD. and YIWU KAIDING E-COMMERCE LTD,

                                                  Defendants.

PAUL A. ENGELMAYER, District Judge:

As discussed at today's show cause hearing, plaintiff is hereby directed to file a status report on January 11, 2021, providing an update on the status of the case and plaintiff's intentions as to any defendants who have failed to appear in this case.

SO ORDERED.

                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: November 12, 2020
        New York, New York