UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLSTAR MARKETING GROUP, LLC,

                                Plaintiff,
-v-

53 ROMANTIC HOUSE STORE, et al.,

                                Defendants.

---

ALLSTAR MARKETING GROUP, LLC,

                                Plaintiff,        20 Civ. 9072 (PAE)
-v-                                                       20 Civ. 9073 (PAE)

BACKFORTHTRADELTD, et al.,                 ORDER

                                Defendants.

---

PAUL A. ENGELMAYER, District Judge:

       On November 12, 2020, the Court directed plaintiff to file a status report in each of the related cases by January 11, 2021, "providing an update on the case and plaintiff's intentions as to any defendants who have failed to appear in this case." No. 20 Civ. 9072, Dkt. 7; No. 20 Civ. 9073, Dkt. 6. Plaintiff has not filed any such report.

       Accordingly, it is hereby ORDERED that plaintiff shall file that report by 5:00 p.m. on January 19, 2021.

       SO ORDERED.

                                                                    *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: January 15, 2021
       New York, New York