UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLSTAR MARKETING GROUP, LLC,

                                             Plaintiff,

                                                    -v-                                                        20 Civ. 9072 (PAE)

53 ROMANTIC HOUSE STORE, et al.,

                                                                                            ORDER

                                             Defendants.

---

PAUL A. ENGELMAYER, District Judge:

       On February 26, 2021, plaintiff Allstar Marketing Group, LLC ("Allstar") obtained a clerk's certificate of default against the defendants who have not appeared in this case (the "Defaulting Defendants"). *See* Dkt. 39.[1] On March 19, 2021, Allstar moved for a default judgment against the Defaulting Defendants. *See* Dkts. 40–43. Allstar's papers in support of that motion are in good order.

---

[1] As stated in the certificate of default, those defendants are: 53 Romantic House Store, 365 Purchase Store, AFuFu Store, Age of life Store, Ali-bestmatch Store, BB HOM SOF Store, Booms Life Hall Store, ConciseStyle Store, CUISHIP Store, Decorest Store, DIY Living Store, Dropshipping 2 Store, Everyday Need Store, EZ-Life Store, Faithtur Life Store, Festive & Party Store, Fighting 123 Store, FNICEL Customize Tools Store, FNICEL Official Store, forbeautyl23 Store, GLKJ Green H-O-M-E Store, Global Dropshipping A Store, GlowingHome Store, Good Luck House Store, Grief Grocery Store, Harvest&house Store, Homelike Dropshipping Store, House 123 Store, InHome Dropshipping Store, JX Fitting Store, JX LIFESTYLE Store, KK Home-Grocery Store, Life Leisure Station Store, Living Funny Store, Mifi Store, Minido Store, Mirabelle Girl Store, Monday House Store, My Cozy Store, Natsume Store, Ningbo Boyee Cleaning Products Co., Ltd., Ningbo Torey Imp. & Exp. Co., Ltd., Ningbo Z.K.L.S. Imp. & Exp. Co., Lt, Ninghai Hooyan Trade Co., Ltd., OK storage Store, Old Street Store, Poetry&Dew Store, Quality Tools Direct Outlet Store, rainbowhomekits Store, Shop5018116 Store, Shop5051188 Store, Shop5432185 Store, Shop5564190 Store, Shop910327247 Store, sincerely for your home, still comfortable life Store, Still Fortune House Store, stouge Official Store, Surprise Party Decor Store, TEUMI, Thinking Life Store, Tritree Store, Wednes day Store, Welcome-Home Store, WeShopping Store, W onderfullHouse Store, W onderHot Store, World House Store, Ya Ya SweetLife Store, Yiwu Dingyi E-Commerce Co., Ltd., and Yiwu Kaiding E-Commerce Ltd.

In light of the current public-health situation, the Court will resolve the default judgment motion on the papers. If any defendant wishes to oppose the motion, counsel for such defendant shall enter a notice of appearance before April 15, 2021, and file an opposition on ECF, explaining why a default judgment is not warranted, by **April 15, 2021, at 2:30 p.m.**[2]

Allstar is directed to serve this order on the Defaulting Defendants forthwith, pursuant to the alternative methods of service authorized by the Court's prior orders in this case, and file proof of this service no later than March 29, 2021.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 25, 2021
       New York, New York

---

[2] If any non-corporate defendant elects to proceed *pro se*, they may, instead, submit an opposition explaining why a default judgment is not warranted, by April 15, 2021, at 2:30 p.m., via email to temporary_pro_se_filing@nysd.uscourts.gov and EngelmayerNYSDChambers@nysd.uscourts.gov.